

ORDERED in the Southern District of Florida on April 20, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                                 Case No. 16-12143-BKC-RAM

JOSE A TRAVIESO and CARMEN J                       Chapter 7
TRAVIESO,

    Debtors.
_____/

**AGREED ORDER GRANTING TRUSTEE'S MOTION FOR EXTENSION OF
TIME TO OBJECT TO DEBTORS' CLAIMED EXEMPTIONS**

THIS CAUSE came on before the Court upon the Trustee's Motion for Extension of Time to Object to Debtors' Claimed Exemptions (the "Motion"), and the Court, having reviewed the Motion and the file, noting that the Debtors have no objection to the relief requested in the Motion, and being otherwise duly advised in the premises, it is

**ORDERED** that

1.     The Motion is GRANTED.

2.     The Trustee's deadline to object to the Debtors' claimed exemptions shall be extended, up to and including May 16, 2016.

**###**

**Submitted by:**

Zach B. Shelomith, Esq.
Leiderman Shelomith, P.A.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
zshelomith@lslawfirm.net

**Copies furnished to:**

Zach B. Shelomith, Esq.

Attorney Shelomith is directed to serve copies of this order on all interested parties and to file a certificate of service.